NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ELWOOD J. NOREEN,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7097

---

Appeal from the United States Court of Appeals for Veterans Claims in 07-2514, Judge Lawrence B. Hagel.

---

## ON MOTION

---

Before GAJARSA, *Circuit Judge.*

### ORDER

Upon consideration of Elwood J. Noreen's motion to supplement the record,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**MAY 1 6 2011**

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: Elwood J. Noreen

Jane C. Dempsey, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 1 6 2011

JAN HORBALY
CLERK